UNITED STATES FOR THE DISTRICT OF COLUMBIA

VERA WINFIELD

PLAINTIFF

V.

UNITED STATES FEDERAL GOVERNMENT, et.al

DEFENDANTS

CASE NO. 25-CV-03507 (APM)

MOTION, PRO SE

I am in receipt of the Motion with the Defendant's response and humbly ask for more time to adequately respond after December 5, 2025.  Providing me with time to review cases referenced regarding common laws or their legitimacy pertaining to my complaint and not in favor of the Defendant's request.

Respectfully Submitted,

*Vera Winfield*

Vera Winfield, Pro Se

2905 13th Street, N.E.

Washington, D.C.   20017

202-882-7023

Dated: 11/17/2025

RECEIVED

NOV 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia